UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

DIANA M. BATSHON, et al.,

    Defendants.

Case No. 21-cv-06710-PJH

**GRANTING EXTENSION OF TIME TO ANSWER**

Re: Dkt. No. 16

Before the court is defendant's request for additional time to file an answer or otherwise respond to plaintiff's complaint. Dkt. 16. Having considered the request and defendant's arguments, and good cause appearing, the court hereby GRANTS the request for an extension of time. Defendant shall respond to plaintiff's complaint no later than December 7, 2021.

**IT IS SO ORDERED.**

Dated: November 23, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge